Argued June 21, affirmed June 21, petition for rehearing denied July 25, petition for review denied September 6, 1972

STATE OF OREGON, *Respondent, v.* DOUGLAS OTTO KNAPP (No. 71 4403), *Appellant.*

497 P2d 1200

*Ken C. Hadley,* Deputy Public Defender, Salem, argued the cause for appellant. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*John W. Osburn,* Solicitor General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Burgess, Special Assistant Attorney General, Salem.

Before Schwab, Chief Judge, and Langtry and Foley, Judges.

Affirmed from the bench.